**Kevin IMES, Plaintiff–Appellee,**

and

**Amy Imes, Plaintiff,**

v.

**Raymond M. GALASSO and Verve, LLC, Defendants–Appellants.**

No. 2011–1113.

United States Court of Appeals, Federal Circuit.

Aug. 5, 2011.

Earl L. Vickery, Law Office of Lanny Vickery, of Austin, TX, argued for plaintiffs-appellees.

Edward J. Marshall, Edward J. Marshall Attorney at Law, P.L.L.C., of Austin, TX, argued for defendants-appellants.

LOURIE, MOORE, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**